No. 480.   BLASIUS v. UNITED STATES.   C. A. 2d Cir.
Certiorari granted limited to Question 1 presented by the
petition which reads as follows:

"Does an individual violate Section 33 of Title 35,
United States Code, by representing that he is qualified
to prepare applications for patent, when the individual
is not registered with the Patent Office?

"(a)  Did the Court of Appeals for the Second Circuit
err in its opinion that the provisions of Section 33 of Title
35, United States Code, are clear, and not ambiguous as
determined by the United States Court of Appeals for the
District of Columbia Circuit in *Hull* v. *United States,* 390
F. 2d 462 (D. C. Cir. 1968), thus creating a conflict within
the Circuits?

"(b)  Does the word 'qualified' as used in Section 33 of
Title 35, United States Code, mean skill or 'know-how' in
performing the service or does it mean legal and actual
authority from the Patent Office to perform a particular
function?"   *Peyton Ford* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome
M. Feit,* and *Sidney M. Glazer* for the United States.
*Jacob Stein, Eugene L. Bernard,* and *Donald R. Dunner*
for the Bar Association of the District of Columbia, and
*Eben M. Graves, Frank L. Neuhauser, W. Brown Morton, Jr.,* and *William H. Elliott, Jr.,* for the American
Patent Law Association, as *amici curiae.*

No. 195, Misc.   JENKINS v. DELAWARE.   Sup. Ct. Del.
Motion for leave to proceed *in forma pauperis* granted.
Certiorari granted and case transferred to appellate
docket.   *Henry N. Herndon, Jr.,* for petitioner.   *Jay H.
Conner,* Deputy Attorney General of Delaware, for
respondent.